**Attachment to Civil Cover Sheet**
(Attorney Names, Addresses, and Phone Numbers)

I.(c)

Counsel for Plaintiffs:

ERIC NEFF
Acting Chief, Voting Section
BRITTANY E. BENNETT
Trial Attorney, Voting Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE, Room 8.141
Washington, D.C. 20002
Telephone: (202) 704-5430
Email: brittany.bennett@usdoj.gov