IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 25-cv-03967-PAB-CYC

USA,

Plaintiff,

v.

JENA GRISWOLD,
*in her Official Capacity as Secretary of State of Colorado*,

Defendant.

---

## COURT'S NOTICE CONCERNING WAIVER OF JUDICIAL DISQUALIFCATION

**Cyrus Y. Chung, United States Magistrate Judge.**

Canon 3D of the Code of Conduct provides (with exceptions not pertinent to this case) that when a judge is disqualified in a proceeding because "the judge's impartiality might reasonably be questioned," the judge may participate in the proceeding only if all the parties and lawyers, after notice of the basis for the disqualification, have an opportunity to confer outside of the presence of the judge and all agree in writing or on the record to waive the disqualification under a procedure independent of the judge's participation.

Unless a waiver is obtained from all parties and all counsel, I intend to disqualify myself in this proceeding because of these circumstances:

While at the U.S. Attorney's Office for the District of Colorado, I served as the District Election Officer. In that capacity, I supervised investigations into threats against election officials, including Secretary Griswold, which necessitated contact with Secretary Griswold's office and, on at least one occasion, with Secretary Griswold herself. Some of those investigations resulted in prosecutions in which Secretary Griswold was the victim.

All parties in this action are directed to confer, execute, and file with the Court the attached Election of Waiver of Disqualification indicating either unanimous waiver of the disqualification or that at least one party has declined to waive the disqualification. This election shall be filed within 7 days of this Notice. If all parties do not waive the disqualification, this case will be reassigned to another magistrate judge.

DATED this 19th day of December, 2025, at Denver, Colorado.

BY THE COURT:

Cyrus Y. Chung
United States Magistrate Judge