**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Case No. 25-cv-03967-PAB-CYC

USA,

Plaintiff,

v.

JENA GRISWOLD,
*in her Official Capacity as Secretary of State of Colorado*,

Defendant.

---

**ELECTION OF WAIVER OF JUDICIAL DISQUALIFICATION**

---

Pursuant to Canon 3D of the Code of Conduct:

**CHECK ONE**

☐    all parties in this civil action WAIVE the disqualification and consent to proceeding forward with Magistrate Judge Chung participating in this proceeding.

**OR**

☐    at least one party in this civil action DOES NOT WAIVE the disqualification; this matter shall be reassigned to a different magistrate judge.

| Signatures | Party Represented | Date |
|---|---|---|
| _____ | _____ | _____ |

Print name_____

| _____ | _____ | _____ |

Print name_____