# Exhibit 3

**DECLARATION OF ALY BELKNAP**

Pursuant to 28 U.S.C. § 1746, I, Aly Belknap, declare as follows:

1. I am over 18 years old and am otherwise competent to testify. I have personal knowledge of the matters in this declaration, and I would testify thereto if I were called as a witness in Court.

2. I live in Colorado, and I am an eligible registered voter. Voting is the most fundamental form of democratic participation, and I am proud to be a Colorado voter. I am the Colorado State Director of Common Cause. I am also a member of Common Cause. I serve as the primary spokesperson and lobbyist for Common Cause in Colorado, working to protect voting rights, promote ethical government, and to hold power accountable. In my role as Colorado State Director, I work with multiple coalitions to advance pro-voter reforms and increase civic engagement, including through events such as National Voter Registration Day.

3. Common Cause is a nonprofit, nonpartisan membership organization incorporated under the laws of the District of Columbia and registered to do business in Colorado. Pursuant to its bylaws, Common Cause is organized and operated as a membership organization and brings this action on behalf of itself and in a representative capacity on behalf of its members.

4. Pursuant to its bylaws, Common Cause has defined who qualifies as a member. Under its definition, a "member" of Common Cause is any individual who, within the past two years, (a) made a financial contribution to the organization; or (b) has taken meaningful action in support of Common Cause's advocacy work. Such meaningful action includes, but is not limited to, signing petitions directed to government officials; participating in letter-writing or phone-banking campaigns; attending town halls, workshops, or rallies organized by Common Cause; or otherwise engaging in activities designed to advance the organization's mission. There are more than 24,813 Colorado Common Cause members.

5. Common Cause's mission is to uphold the core values of American democracy by creating an open, honest, and accountable government that serves the public interest, promotes equal rights, opportunity, and representation for all, and empowers people to make their voices heard in the political process.

6. In Colorado, Common Cause ensures that Coloradan voices are heard in the political process. Common Cause's Colorado members live throughout the state and include registered voters whose personal information is maintained in the statewide voter registration database held by the Colorado Secretary of State. If the Secretary discloses the unredacted voter registration file to DOJ, these members' sensitive personal information—

including driver's license numbers, and portions of social security numbers—would be unlawfully released, causing an invasion of privacy, chilling participation in the electoral process, and undermining confidence in the integrity of Colorado elections.

7. Common Cause believes the right to vote is the cornerstone of a functioning democracy. We are committed to ensuring that every eligible Coloradan can register and cast their ballot. Through our advocacy, in the last two decades Colorado has pioneered a number of pro-voter reforms, including same-day voter registration, automatic voter registration, pre-registration for 15-, 16- and 17-year-olds, and semi-open primaries. Our advocacy has resulted in a number of reforms, including Multilingual Ballot Access for All, signed into law in 2021, and the Colorado Voting Rights Act, signed into law in 2025. These efforts are not just about increasing participation—they are about ensuring that every voice is heard, and every vote is protected.

8. Common Cause has a history of fighting to protect voter privacy Colorado. In 2023 and 2024, we testified against Colorado House Bill 2023-1170 and HB24-1279 respectively, which proposed creating a vetting system wherein a Coloradan's vote would not be counted until they were successfully contacted by a team of vetting workers to confirm they submitted the ballot. Most recently in 2024 with HB25-1193, we have repeatedly testified against bills that propose vote tracking via transparency ledgers that compromise every Coloradan's right to a secret ballot. Colorado Common Cause worked with election administrators to develop, pass and implement Automatic Voter Registration (AVR) at the DMV, collaborating to find solutions to protect privacy for all voters, and specifically for vulnerable voters protected by Colorado's Address Confidentiality Program. In the development of Colorado's Open Records Act, we advocated for the protection of voter privacy with regards to the ability to inspect individual ballots. When then-Vice President Mike Pence and Kansas Secretary of State Kris Kobach formed the Presidential Advisory Commission on Election Integrity, Common Cause was a vocal opponent to the commission's data collection efforts that put voter privacy in jeopardy and failed to provide evidence of widespread voter fraud before its ultimate dissolution.

9. As a nonpartisan democracy reform organization, Common Cause, our volunteers, and coalition allies regularly assist eligible Coloradans in registering to vote through community education and outreach. We recruit, train and deploy nonpartisan election protection poll monitors across the State of Colorado each general and midterm election, and these individuals routinely provide eligible Colorado voters with accurate, nonpartisan information about how to register to vote up to and including on Election Day at a Voter Service Center in their county; these poll monitors show voters along the path of travel to the Voter Service Center, explain ID requirements, and ensure the voter is met by an

election worker ready to assist them to get registered and vote; when lines form, these volunteers ensure voters understand they can remain in line even after the polls close. The voters we help are now part of the state's official voter file, and we consider it our duty to safeguard the trust they place in us and in the democratic process.

10. At public engagement events, we invite Coloradans not only to register but also to verify and update their voter information. As a result, many voters we assist become part of the official statewide voter file. We have a vested interest in protecting the integrity and privacy of that data. Any threat to the security of the voter file, especially one that could result in the misuse of personal information, directly undermines our work, damages public trust, and risks chilling voter participation. We also run targeted communications campaigns, including through social media, to keep Coloradans informed about key election deadlines and updates. These efforts amplify official messages from the Office of the Secretary of State and other election officials, helping ensure voters have accurate, timely information to participate confidently in our democracy.

11. Disclosure of the entire, unredacted Colorado voter file would undermine Common Cause's work and risk harm to our members. Since 2019, Coloradans with felony convictions who are no longer serving a felony sentence of confinement, who meet all other voter eligibility requirements, regain their right to register and vote. In partnership with county clerks offices, the Colorado Secretary of State, and community organizations that specialize in supporting returning citizens, Colorado Common Cause has conducted outreach and education efforts to inform Coloradans about this change to the law, and to build public trust in participation among people with a history in the criminal justice system. In 2024, Colorado Common Cause volunteers placed hundreds of yard signs with nonpartisan information about the right to vote with a felony conviction outside parole offices up and down the Front Range and in communities across the I-25 corridor and Western Slope. We rely on public confidence in the security and integrity of voter data to encourage participation. If voters fear their personal information, like a partial Social Security number or driver's license number, could be misused or exposed, they may avoid registering to vote, decline to update their current voter registration record, or withdraw from civic engagement activities altogether. Such results undermine Common Cause's mission to expand access and participation, especially among historically marginalized communities. Knowing that their personal data could be weaponized to question their eligibility to vote would chill engagement with the democratic process. This is especially true for voters in marginalized communities who already face systemic barriers and distrust government surveillance. Common Cause expends significant resources conducting on-the-ground voter engagement and assistance efforts seeking to register voters, provide nonpartisan education, and engage voters in the democratic process.

12. Disclosure of the full Colorado voter file would facilitate unsubstantiated voter challenges, a concern especially for vulnerable communities. Improper and flawed mass challenge programs disproportionately target voters without stable housing or traditional addresses. Common Cause actively works to register and protect these very same disenfranchised Coloradans. Mass challenges, often filed in bulk by activists, can overwhelm local election officials, divert resources from voter outreach and education, delay or obstruct legitimate registrations and ballot processing. This undermines the infrastructure that Common Cause and our partners rely upon to ensure smooth, inclusive elections. Diverting resources to address these improper activities weakens our capacity to run voter registration drives, educate voters, and mobilize communities. These sorts of challenges also work to revive historical tactics of voter suppression. Private voter challenges have roots in post-Reconstruction laws used to disenfranchise Black voters. Today, they are increasingly used to target voters of color, Indigenous Peoples, young voters, and those who are unhoused or in transient living situations; all of whom Common Cause prioritizes in our voter registration work and lobbying/advocacy supporting the inclusion of their voting rights. If voters' sensitive data is turned over to the federal government and used to promote mass disenfranchisement, Common Cause will be forced to redirect resources to mitigating the disenfranchisement of existing voters and away from its core activities of registering voters and engaging new voters in the democratic process.

13. Common Cause also runs a nonpartisan Election Protection program in Colorado, which provides critical information and assistance to voters around primary and general elections. These include helping voters navigate the vote-by-mail process, encouraging voters to participate, and assisting voters when they experience problems in trying to vote. It is one of the largest nonpartisan voter protection efforts in the state. The success of this program and our ability to effectively identify and respond to issues that hinder voters depend on voters' trust in the election system. When voters fear their personal information could be misused for partisan or punitive reasons, especially under a federal administration known for voter suppression rhetoric and tactics, they may hesitate to accept help from volunteers, avoid reporting issues at the polls, and disengage from the voting process altogether.

14. If Colorado discloses the unredacted voter file, this will work to normalize federal overreach into state-run elections, weakening local control and opening the door to future demands for even more intrusive data. It poses a grave threat to voter privacy and public confidence. This threatens the decentralized structure of U.S. elections, which Common Cause defends as a safeguard against authoritarianism.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 17th day of December, 2025, in Denver, Colorado.

Aly Belknap

Colorado State Director of Common Cause