# Exhibit 4

**DECLARATION OF KYLE GIDDINGS**

Pursuant to 28 U.S.C. § 1746, I, Kyle Giddings, declare as follows:

1. I am a Colorado resident, born and raised in Arvada, Colorado, and I am an eligible, registered voter in the State of Colorado. Voting matters deeply to me because it is how I advocate for my community. It is my primary tool for standing up for people who are currently and formerly incarcerated in Colorado. Casting a ballot at the local, state, and national levels allows my voice to be heard in the policies and decisions that shape my community's future. Voting is the most powerful way I can influence real and lasting change.

2. I have prior felony convictions that stem from a period in my life marked by addiction and unresolved trauma. During that time, I used drugs as a means of coping, and my decisions reflected the instability and survival instincts associated with severe, untreated mental health challenges. My life today reflects sustained recovery and long-term sobriety. I am a husband, a father, the Deputy Director of a nonprofit 501(c)(3) organization, and a national leader in efforts to expand voting rights for people impacted by the criminal legal system. I have been sober for 11 years. For the almost three years, I have worked at a nonprofit that has expanded ballot access and strengthened legal protections for voting for people incarcerated in Colorado county jails.

3. In 2024, I helped craft and lead the coalition that passed Senate Bill 24-072, *Voting for Confined Eligible Electors*. This law requires every county jail in Colorado to hold an in-person voting event to ensure that all eligible confined voters have a meaningful opportunity to cast a ballot. Colorado became the first state since the 1974 United States Supreme Court decision in *O'Brien v. Skinner* to affirm the spirit of that ruling by creating ballot access for people who are pretrial or otherwise eligible to vote while incarcerated in county jails. The impact of this law was significant. In 2022, only 231 people cast a ballot from a county jail. After the passage of SB24-072, that number increased to more than 2,300 voters—an increase of approximately 895 percent.

4. I am concerned about the federal government having access to my private voter registration information beyond what Colorado law permits to be shared. In my view, the federal government is overreaching its authority. Colorado law protects the privacy of my voter information, and requests that exceed what the state is authorized to disclose are unnecessary. In my work assisting people involved in the criminal legal system with accessing the ballot, I regularly encounter individuals who are understandably wary of the electoral system and hesitant to share personal information. I spend substantial time educating voters about the legal protections Colorado has in place to safeguard their personal information and their involvement with the criminal legal system. Federal access to voter data beyond what Colorado law requires would undermine this trust and directly interfere with these efforts.

5. I seek to join this lawsuit as an individual who deeply values voter privacy and understands its importance to voter confidence. Protecting the personal information

connected to voter registration is essential to ensuring that individuals are not discouraged from voting or targeted because of the information they provide in order to participate in our democracy. I believe people with past convictions are more at risk of being targeted by this Administration. I know that there are formerly incarcerated people who, despite their voting rights having been restored, will either not register to vote or not vote if the federal government has access to their voter registration information.

6. I am a United States citizen, over the age of eighteen, competent to testify, and have personal knowledge of the facts stated in this declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 18th day of December, 2025, in Denver, Colorado.

Kyle Giddings
Chair of the Colorado Common Cause Advisory Board