# Exhibit 5

**Declaration of Dr. Anne R. Keke**

Pursuant to 28 U.S.C. § 1746, I, Anne R. Keke, hereby declare as follows:

1. I have personal knowledge of the matters set forth in this declaration, and if called as a witness in court, I would testify truthfully and competently to the facts stated herein.

2. I am forty-five (45) years old and am otherwise competent to testify.

3. I reside in Aurora, Colorado with my family.

4. I am an educator by trade.

5. I am originally from Côte d'Ivoire. I came to the United States in November 2001, when I was approximately twenty-one years old. I moved directly to Colorado, made it my home, and have never lived anywhere else since. I am proud to call myself a Coloradan.

6. I made the deliberate decision to become a naturalized citizen so that I could vote and fully participate in civic life. I believe deeply in the democratic process and in civic engagement. I see the opportunities this country offers, and I truly believe that the American Dream is very much alive.

7. I became a naturalized citizen in 2008. I was enthusiastic and proud to take that step. I still vividly remember the feeling I had as I was sworn in as a new citizen. I remember the excitement of holding my first blue passport as if it were yesterday.

8. After becoming a naturalized citizen, I registered to vote in Colorado and am still a registered Colorado voter today. I cast my first vote in the 2020 election, and I remember feeling deeply excited and honored as I did so.

9. I am concerned that the current Presidential administration may attempt to suppress the votes of people like me. I understand that officials have publicly discussed the idea of de-naturalizing citizens. While I want to exercise my rights as a citizen, I worry that some individuals in power do not share my views about the equal rights of naturalized citizens.

10. When I learned that the Department of Justice requested voter records from the State of Colorado, including sensitive personal data, I became concerned about how that information might be used. I believe that recently naturalized citizens like me may be particularly vulnerable to false allegations of illegal voting.

11. I care deeply about the privacy of my personal information and about the integrity of our electoral system. I believe the electoral process should be welcoming to every eligible voter and that voters should not be intimidated from exercising their rights. I also believe that eligible voters should not be improperly removed from voter registration lists.

12. I feel strongly that the modern United States is built on immigrants, who deserve to feel that they belong—both as part of this country and as part of the solution. Naturalized citizens are individuals who have consciously chosen to live here, and for whom the right to cast a ballot is especially meaningful. Many naturalized citizens have deep faith in the American system and deserve a full and fair opportunity to participate in civic life through voting.

I declare under penalty of perjury that the foregoing is true and correct.

Executed December 19th 2025, in Aurora, Colorado

Anne Keke