IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-03967-PAB

UNITED STATES OF AMERICA,
          Plaintiff

v.

JENA GRISWOLD, in her Official Capacity as Secretary of State for the State of Colorado,
          Defendant.

## [PROPOSED] ORDER

On December 19, 2025, Proposed Intervenors Common Cause, Kyle Giddings, and Dr. Anne Keke, moved to intervene in this matter. Having considered Proposed Intervenors' motion along with the materials filed in support thereof, as well as any opposition thereto, the Court finds good cause to grant the motion. The requirements of Rule 24(a) are met in that the motion was timely filed; the Proposed Intervenors have substantial interests in the case, including their interests in privacy and the unencumbered right to vote; the Proposed Intervenors' interests could be affected or impaired by the disposition of the case; and Proposed Intervenors may not be adequately represented by the existing parties. Moreover, the Court would, in the alternative, grant permissive intervention under Rule 24(b) because the motion is timely and these Proposed Intervenors' participation will aid in the effective airing of issues and the ultimate disposition of the case.

Accordingly, it is hereby **ORDERED** that the Motion is **GRANTED**.

2

It is further **ORDERED** that Proposed Intervenors' Motion to Dismiss, attached as Exhibit 1 to their Motion to Intervene, is to be entered on the Docket.

IT IS SO ORDERED on this _____ day of _____, 2025.

_____
United States District Court Judge

Case No. 1:25-cv-03967-PAB-CYC   Document 17-6   filed 12/19/25   USDC Colorado   pg 2 of 2