IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 25-cv-03967-PAB-CYC

USA,

Plaintiff,

v.

JENA GRISWOLD,
*in her Official Capacity as Secretary of State of Colorado*,

Defendant.

---

### ELECTION OF WAIVER OF JUDICIAL DISQUALIFICATION

---

Pursuant to Canon 3D of the Code of Conduct:

**CHECK ONE**

☐   all parties in this civil action WAIVE the disqualification and consent to proceeding forward with Magistrate Judge Chung participating in this proceeding.

**OR**

☑   at least one party in this civil action DOES NOT WAIVE the disqualification; this matter shall be reassigned to a different magistrate judge.

| Signatures | Party Represented | Date |
|---|---|---|
| *Brittany E. Bennett* | United States of America | 12/26/2025 |
| Print name: Brittany E. Bennett | | |
| *Peter G. Baumann* | Sec. Jena Griswold, in her official capacity | 12/26/2025 |
| Print name: Peter G. Baumann | | |