UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO: 1:25-cv-03967 |
| Plaintiff, | NOTICE OF SUPPLEMENTAL AUTHORITY |
| v. | |
| JENA GRISWOLD, in her Official Capacity as Secretary of State for the State of Colorado, | |
| Defendant. | |

**NOTICE**

Plaintiff, United States of America, respectfully submits this Notice of an order issued in *United States of America v. Stephanie Thomas*, No. 3:26-cv-00021 (D. Conn., filed Jan. 06, 2026). That case raises identical claims as those in the present litigation, but against the Secretary of State for the State of Connecticut. There, the Court (Dooley, J.) has agreed with the United States that, once the Attorney General has alleged that she has properly demanded production of records and papers under the Civil Rights Act of 1960, and the custodian has refused to comply with that demand, the proper course is for the district court to order the defendant to show cause why the custodian should not be ordered to produce the requested records and papers. *See* 52 U.S.C. § 20703. As the United States has explained, "[t]here is no place for any other procedural device or maneuver." *Kennedy v. Lynd*, 306 F.2d 222, 226 (5th Cir. 1962).

Accordingly, on January 8, 2026, the *Thomas* court issued an Order to Show Cause why the State of Connecticut "should not be ordered to provide the SVRL to the Attorney General, as well as the other documents demanded by the Attorney General to ascertain Defendant's

compliance with federal law, to wit, the NVRA and HAVA." *United States v. Thomas*, *supra*,

ECF 10 (D. Conn. Jan. 8, 2026).

A copy of the order is attached to this Notice as Exhibit A.

DATED: January 13, 2026                    Respectfully submitted,

                                           HARMEET K. DHILLON
                                           Assistant Attorney General
                                           Civil Rights Division


                                           /s/   *Brittany E. Bennett*
                                           BRITTANY E. BENNETT
                                           Trial Attorney, Voting Section
                                           Civil Rights Division
                                           U.S. Department of Justice
                                           4 Constitution Square
                                           150 M Street NE, Room 8.141
                                           Washington, D.C. 20002
                                           Telephone: (202) 704-5430
                                           Email: brittany.bennett@usdoj.gov

*United States v. Griswold*
Notice of Supplemental Authority

**CERTIFICATE OF SERVICE**

I hereby certify that on January 13, 2026, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

> _/s/_ _**Brittany E. Bennett**_
> Brittany E. Bennett
> Trial Attorney, Voting Section
> Civil Rights Division
> U.S. Department of Justice
> 4 Constitution Square
> 150 M Street NE, Room 8.141
> Washington, D.C. 20002
> Telephone: (202) 704-5430
> Email: brittany.bennett@usdoj.gov

_United States v. Griswold_
Notice of Supplemental Authority