**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO**

Civil Action No. 25-cv-03967-PAB-TPO

**UNITED STATES OF AMERICA, Plaintiff,**
v.
**JENA GRISWOLD, in her official capacity as Secretary of State for the State of Colorado, Defendant.**

**FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO**
*10:04 am, Feb 06, 2026*
**JEFFREY P. COLWELL, CLERK**

**AMICUS CURIAE BRIEF OF DANIELLE PURDY IN SUPPORT OF NEITHER PARTY**

I. STATEMENT OF INTEREST OF AMICUS CURIAE

Amicus Curiae Danielle Purdy is an independent researcher and resident of Colorado. This brief is submitted to provide the Court with critical, sworn evidence of the public's interest in the transparency of voter registration records, an issue currently central to the litigation between the United States and the Secretary of State.

II. SUMMARY OF ARGUMENT

The Secretary of State has repeatedly asserted that voter registration records must be withheld to protect the privacy interests of Colorado citizens. However, this argument is directly contradicted by the citizens themselves. Over a five-day period ending February 6, 2026, Amicus coordinated the collection of 561 voluntary "Voter Waivers and Declarations" from residents across 58 of Colorado's 64 counties.

These 561 individuals have explicitly and formally waived their privacy interests to support the release of these records. This evidence proves that a significant cross-section of the electorate—including Democrats, Unaffiliated voters, and members of the American Constitution Party—prioritizes electoral transparency over the generalized privacy concerns cited by the Defendant.

III. ARGUMENT

A. The Leadership Signal and Institutional Authority
The attached Evidence Log (Exhibit A) is not merely a list of names; it represents a mandate from individuals with deep ties to Colorado's electoral system. High-value signers include:
Sworn Election Judges: Individuals who manage the rolls on the ground and recognize the necessity of public oversight.

Candidates for Public Office: Citizens whose livelihoods and trust in the system depend on the accuracy of these registration records.

High-Profile Advocates: Notable signatures such as Rachel Sunshine Suh (Archuleta County), whose involvement highlights a specialized public interest that is not currently represented by the primary parties in this case.

B. Geographic and Political Consensus

The reach of these waivers covers nearly 90% of Colorado's counties, from the Front Range (Adams, Arapahoe, Douglas) to the Eastern Plains (Yuma) and the Western Slope (Delta). This statewide consensus demonstrates that the demand for transparency is not a localized or partisan grievance, but a universal concern of the Colorado citizenry.

IV. CONCLUSION

For the reasons stated above, the Court should consider the sworn declarations of these 561 citizens as a decisive "Signal" of the public interest. Amicus respectfully requests that the Court grant leave to file this brief and consider the attached Evidence Log.

Dated: February 6, 2026

Respectfully submitted,

/s/ Danielle Purdy Danielle Purdy
Po Box 1234
Cripple Creek, CO 80813