# Exhibit A
# to Borochoff-Porte Declaration

*United States v. Griswold*, No. 1:25-cv-03967-PAB-TPO

February 10, 2026

**U.S. Department of Justice**

Civil Rights Division

Office of the Assistant Attorney General
950 Pennsylvania Ave, NW - RFK
Washington, DC 20530

May 12, 2025

*Via E-Mail to: elections@coloradosos.gov*
The Honorable Jena Griswold
Secretary of State
1700 Broadway, Suite 550
Denver CO 80290

Dear Secretary Griswold:

We write to you as the Chief Election Official for the Commonwealth of Colorado to request information regarding the State's procedures for compliance with the Voting Rights Act, 52 U.S.C. §20701, titled Retention and preservation of records and papers by officers of elections. 52 U.S.C §20701 requires the preservation of all records relating to any application, registration or other act requisite to voting in an election for a period of twenty-two months from the date of any general, special, or primary election of which candidates for the office of President, Vice President, presidential elector, Member of the Senate, member of the House of Representatives.

We recently received a complaint alleging noncompliance by your office with the duties outlined in 52 U.S.C §20507. Additionally, 52 U.S.C. 52 U.S.C §20703 provides that any record required to be preserved by Section §20701, shall upon demand in writing by the Attorney General or her representative directed to the person having custody, possession or control of such record or paper, be made available for inspection, reproduction, and copying. As the State's Chief Election Official, we direct our inquiry to you. See Col. Rev. Statutes 1-1-107(b).

To assist our efforts in evaluating the complaint, we respectfully request that you provide us with the following information related to the above requirements:

- All records, as outlined in 52 U.S.C. § 20701, and a certification that no record required for preservation has been deleted, destroyed or altered from its original format.

- All statutes, regulations, written guidance, internal policies, or database user manuals that set out the procedures Colorado has put in place relating to implement the requirements of 52 U.S.C. §20701.

If your office or any state agent still has custody of 52 U.S.C. §20701 records pertaining to the November 2000 federal election, please preserve those records.

The Honorable Griswold
Page Two

Please provide this information within 14 days of the date of this letter. The materials may be sent by email to: Maureen.riordan2@usdoj.gov. We appreciate your cooperation in our efforts to monitor compliance with federal election laws.

Sincerely,

Harmeet K. Dhillon
Assistant Attorney General
Civil Rights Division

2