**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO**

Case No. 1:25-cv-03967-RMR-NRN

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
3:00 pm, Feb 23, 2026
**JEFFREY P. COLWELL, CLERK**

UNITED STATES OF AMERICA, Plaintiff,
v.
JENA GRISWOLD, in her official capacity as Secretary of State of Colorado, Defendant.

**NOTICE OF CLARIFICATION AND ALIGNMENT BY AMICUS CURIAE DANIELLE PURDY**

**I**, Danielle Purdy, appearing pro se as Amicus Curiae (Friend of the Court) on behalf of 561 verified Colorado voters, hereby submit this Notice to clarify my position and alignment in this matter:

Party Designation: I note that the Court's electronic filing system has labeled my recent filing (Doc. #33) under the role of "Intervenor-Defendant." I wish to clarify that I have not moved for, nor do I seek, the status of a Defendant in this matter.

Alignment of Interests: My interests, and the interests of the 561 voters I represent, are diametrically opposed to those of the Defendant, Secretary Jena Griswold. The Defendant seeks to dismiss this case and withhold unredacted voter logs, citing "voter privacy."

Support for Disclosure: As established in Exhibit A2 (Doc. #33), the voters I represent have formally waived their privacy interests for the specific purpose of a federal audit. Therefore, my position aligns with the Plaintiff (United States Department of Justice) in seeking the full, unredacted disclosure of voter records for the purpose of ensuring election integrity and transparency.

Conclusion: I remain a "Friend of the Court" for the sole purpose of ensuring that the voices of these 561 citizens—who demand transparency over secrecy—are a matter of federal record. I am not a partner to the Defendant's efforts to dismiss this case.

Respectfully submitted this 24th day of February, 2026.
/s/ Danielle Purdy
Amicus Curiae

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of February, 2026, I served a true and correct copy of the foregoing Notice of Clarification and Alignment via the Court's email filing portal and via CC to the following counsel of record:

Attorneys for Plaintiff (United States DOJ): * Eric Neff, U.S. Department of Justice
* Email: eric.neff@usdoj.gov

Attorneys for Defendant (Jena Griswold): * Peter Baumann & Lane Towery, Colorado Attorney General's Office
* Email: peter.baumann@coag.gov; lane.towery@coag.gov

Attorneys for Secretary of State (Elias Law Group): * Elisabeth Frost, Elias Law Group LLP
* Email: efrost@elias.law

Attorneys for Proposed Intervenors (ACLU): * Sara Neel & Timothy Macdonald, ACLU of Colorado
* Email: sneel@aclu-co.org; tmacdonald@aclu-co.org


Respectfully submitted,

/s/ Danielle Purdy
Amicus Curiae
Po box 1234
Cripple Creek,  CO  80813
(719) 895-0655
red.budderflie@gmail.com