IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>JENA GRISWOLD, in her Official Capacity as Secretary of State of Colorado<br><br>Defendant(s). | Case Number: 1:25-cv-03967-PAB-TPO<br><br>**UNITED STATES' MOTION TO EXCEED PAGE LIMITATIONS** |

## I.    Introduction

Plaintiff United States of America must respond to two Motions to Dismiss (Docs. 38 & 40) and brief the court on three recent district court decisions that are cited in those Motions. The United States respectfully requests this Court's permission to exceed the page limitations identified in the Court's Practice Standards (Civil Cases) to file a consolidated Opposition of up to 35 pages in length. Colorado Secretary of State Jena Griswold ("Secretary Griswold") and Proposed Intervenor-Defendants Colorado Alliance for Retired Americans and Britton DeFord ("Proposed Intervenor-Defendants") indicate that they take no position on this Motion.

## II.    Argument

The Court has set a 15-page limit for all motions and oppositions other than motions for summary judgment. *See* J. Brimmer Practice Standards (Civil Cases) at III.A. That same rule requires parties wishing to exceed page limits to file a motion to exceed them. The United States

seeks an order granting it permission to file its consolidated opposition to Secretary Griswold's Motion to Dismiss (Doc. 40) and Proposed Intervenor-Defendants' Motion to Dismiss (Doc. 38-1) in a brief up to 35 pages in length.

Good cause exists because the motions, and the United States' response to those motions, raise issues of first impression in this Circuit. Three recent District Court decisions (two from the Ninth Circuit, one from the Sixth Circuit) address the requirements for obtaining federal election records under Title III of the Civil Rights Act of 1960 ("CRA"). However, those decisions do little to clarify the standards that this Court must apply because they offer different, and in some cases conflicting, opinions about those standards. The United States requires the additional pages to explain why those District Court decisions did not correctly apply legal authority from the United States Supreme Court and from the Fifth Circuit, which to date is the only federal circuit to have reviewed records demands under the CRA.

Furthermore, permitting the United States to file a consolidated Opposition in excess of the page limits will encourage judicial economy. The Defendants and Proposed Defendant-Intervenors raise separate, but related, arguments. Permitting excess pages for a single document allows the United States to address arguments that the motions have in common along with highlighting where they differ. The United States would like to facilitate the Court's consideration of its Motion to Compel and its review of the Motions to Dismiss through this additional briefing.

### III.  Conclusion

For all the foregoing reasons, the United States respectfully requests that the Court grant its request to exceed the page limit for a total not to exceed 35 pages.

DATED: February 23, 2026                    Respectfully submitted,

                                                             HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

ERIC V. NEFF
Acting Chief, Voting Section
Civil Rights Division

*/s/ Jonathon P. Hauenschild*
Jonathon P. Hauenschild
Trial Attorney, Voting Section
Civil Rights Division
4 Constitution Square
150 M Street NE, Room 8.1134
Washington, D.C. 20002
Jonathon.Hauenschild@usdoj.gov
Tel. (202) 215-2110

Attorneys for the United States

3

## CERTIFICATE OF CONFERRAL

Pursuant to LR 7.1(a), I hereby certify that counsel for Plaintiff, United States of America, has conferred with all parties or non-parties who may be affected by the relief sought in this motion in a good faith effort to resolve the issues. Defendant Colorado Secretary of State Jena Griswold and proposed Defendant-Intervenors indicated that they take no position on this Motion.

/s/ Jonathon P. Hauenschild
Jonathon P. Hauenschild
Trial Attorney, Voting Section
Civil Rights Division
4 Constitution Square
150 M Street NE, Room 8.1134
Washington, D.C. 20002
Jonathon.Hauenschild@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2026, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsels of record.

/s/ Jonathon P. Hauenschild
Jonathon P. Hauenschild
Trial Attorney, Voting Section
Civil Rights Division
4 Constitution Square
150 M Street NE, Room 8.1134
Washington, D.C. 20002
Jonathon.Hauenschild@usdoj.gov