IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-03967-PAB-TPO

THE UNITED STATES OF AMERICA,

    Plaintiff,

v.

JENA GRISWOLD, in her Official Capacity as Secretary of State for the State of Colorado,

    Defendant.

## UNOPPOSED MOTION FOR A SEVEN-DAY EXTENSION OF TIME

Secretary Jena Griswold, in her official capacity, moves for a seven-day extension of time up to and including March 17, 2026, to file a Reply in support of her Motion to Dismiss, Docket No. 40. Undersigned counsel conferred with counsel for the Plaintiff and the proposed Intervenor-Defendant concerning the relief requested in this motion. D.C.COLO.LCivR. 7.1(a). Both sets of counsel indicate that their clients do not oppose the requested relief. As good cause, the Secretary states:

1.     In this action, Plaintiff brings a single claim against the Secretary seeking an "order" requiring the Secretary to "provide to the Attorney General the current electronic copy of Colorado's computerized statewide voter registration list." Compl., Docket No. 1 at 6 (Dec. 11, 2025).

2.     The Secretary moved to dismiss the Complaint on February 10, 2026. Docket No. 40. Although Plaintiff had three weeks to respond to that motion under the local rules,

D.C.COLO.LCivR. 7.1(d), Plaintiff filed a response to the Motion to Dismiss after 14 days, on February 24, 2026. Docket No. 49.

3. Prior to filing, Plaintiff also requested extra pages for its Response. Docket No. 47. The Court granted that request, Docket No. 48, and Plaintiff's Response was 33 pages long.

4. Under the Local Rules, the Secretary's Reply in support of her Motion to Dismiss is due 14 days after Plaintiff's Response, or on March 10, 2026. D.C.COLO.LCivR. 7.1(d).

5. The Secretary respectfully requests a seven-day extension of that deadline.

6. Most importantly, Plaintiff's 33-page Response is more than double the standard page limitations. *See* Brimmer Civ. P. Standards, Rule III.A. Additional time is needed for the Secretary to appropriately research and respond to the arguments raised in the Opposition.

7. Counsel for the Secretary also have several other deadlines the week of March 9, 2026, including dispositive motions in federal court, including in *Del Toro v. Polis et al.*, No. 25-cv-02725-WJM-MDB (D. Colo.), and mandatory filings before the Secretary of State's Administrative Hearing Officer for which no extensions are permitted.

8. The press of this other business is magnified by Plaintiff having filed its Response a week earlier than permitted. Both counsel for the Secretary had organized their schedules—including taking into account planned vacations later in the month of March—under the assumption that the Secretary's Reply would be due on March 17, 2026.

9. The short, seven-day extension will not prejudice the Plaintiff, who does not oppose the extension.

10. The short, seven-day extension will not prejudice the public, as the briefing on the Motion to Dismiss will conclude on the same date it normally would under the Local Rules.

11. If granted, this would be the second extension granted the Secretary in this matter. The first was to align the Secretary's Response to Plaintiff's Motion to Compel with the deadline for the Secretary to respond to the complaint. Docket Nos. 21, 22. *See* D.C.COLO.LCivR. 6.1(b).

12. Consistent with the Local Rules, undersigned counsel is contemporaneously serving a copy of this Motion for an Extension on his client. D.C.COLO.LCivR. 6.1(c).

Accordingly, the Secretary respectfully requests an order extending the deadline to Reply in support of her Motion to Dismiss for seven days, up to and including March 17, 2026.

Dated: February 26, 2026    PHILIP J. WEISER
Attorney General

/s Lane Towery

**Peter G. Baumann**, Senior Assistant Attorney General
**Lane Towery**, Assistant Attorney General
1300 Broadway, Denver, CO 80203
Telephone: (720) 508-6000
Email: peter.baumann@coag.gov; lane.towery@coag.gov
Attorneys for Secretary Jena Griswold