IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

THE UNITED STATES OF AMERICA,

Plaintiff,

v.

JENA GRISWOLD, in her Official capacity as
the Secretary of State of Colorado

Defendant.

**Case Number: 1:25-cv-03967-PAB-TPO**

**ENTRY OF APPEARANCE**

John R. Casali hereby enters his appearance on behalf of Plaintiff, United States of

America, in the above captioned matter. Mr. Casali is a member in good standing of the bar of

this Court. All parties shall copy all pleadings, motions, and briefs filed with the Court to the

undersigned John R. Casali.

Dated March 17, 2026.

/s/ John R. Casali
John R. Casali
Department of Justice, Trial Attorney
Civil Rights Division, Voting Section
4 Constitution Square
150 M Street
Washington, D.C. 20002
John.Casali@usdoj.gov
Tel. (202) 316-8087

*Counsel for the United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2026, a true and correct copy of the foregoing

document was served via the Court's ECF system to all counsels of record.

/s/ John R. Casali
John R. Casali
Department of Justice, Trial Attorney
Civil Rights Division, Voting Section
4 Constitution Square
150 M Street
Washington, D.C. 20002
John.Casali@usdoj.gov
Tel. (202) 316-8087