**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-03967-PAB-TPO

THE UNITED STATES OF AMERICA,

     Plaintiff,

v.

JENA GRISWOLD, in her Official Capacity as Secretary of State for the State of Colorado,

     Defendant.

---

**NOTICE OF SUPPLEMENTAL AUTHORITY**

---

The Secretary submits this notice of supplemental authority in support of her Motion to Dismiss (Docket No. 40). Earlier today, the District of Rhode Island granted the Rhode Island Secretary of State's Motion to Dismiss a similar complaint filed in that district and denied the Department of Justice's motion to compel. *United States v. Amore*, No. 25-cv-00639-MSM-PAS, Memorandum and Order (D.R.I. Apr. 17, 2026), *attached as* Exhibit A. The decision is relevant to the Secretary's discussion of the Civil Rights Act's basis and purpose requirement at pages 11-13 of her Motion. The District of Rhode Island is now the fifth court to dismiss similar DOJ lawsuits, referenced on page 7 of her Motion.

Dated: April 17, 2026          PHILIP J. WEISER
                               Attorney General

                               /s  Lane Towery
                               _____

                               **Peter G. Baumann**, Senior Assistant Attorney General
                               **Lane Towery**, Assistant Attorney General
                               1300 Broadway, Denver, CO 80203
                               Telephone: (720) 508-6000
                               Email: peter.baumann@coag.gov; lane.towery@coag.gov
                               Attorneys for Secretary Jena Griswold

2