**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-03967-PAB-TPO

THE UNITED STATES OF AMERICA,

      Plaintiff,

v.

JENA GRISWOLD, in her Official Capacity as Secretary of State for the State of Colorado,

      Defendant.

---

**NOTICE OF SUPPLEMENTAL AUTHORITY**

---

      The Secretary submits this notice of supplemental authority in support of her Motion to Dismiss (Docket No. 40). On April 28, 2026, the District of Arizona granted Arizona Secretary of State Adrian Fontes' Motion to Dismiss a similar complaint filed in that district. *United States v. Fontes*, No. 26-cv-00066-SMB, Order (D. Ariz. Apr. 28, 2026), *attached as* Exhibit A. The decision is relevant to the Secretary's argument that the state-wide voter registration list is not a "record" subject to inspection under the Civil Rights Act at pages 9–11 of her Motion. The District of Arizona is now the sixth court to dismiss similar DOJ lawsuits, referenced on page 7 of the Secretary's Motion.

Dated: April 29, 2026

PHILIP J. WEISER
Attorney General

/s  Lane Towery

**Peter G. Baumann**, Senior Assistant Attorney General
**Lane Towery**, Assistant Attorney General
1300 Broadway, Denver, CO 80203
Telephone: (720) 508-6000
Email: peter.baumann@coag.gov; lane.towery@coag.gov
Attorneys for Secretary Jena Griswold

2