# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-03967-PAB-TPO

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JENA GRISWOLD, in her official capacity as Secretary of State of Colorado,

      Defendant.

---

### UNOPPOSED MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING UNOPPOSED MOTION OF COLORADO ALLIANCE FOR RETIRED AMERICANS AND BRITTON DEFORD TO INTERVENE AS INTERVENOR-DEFENDANTS, ECF No. 10

---

Proposed Intervenors Colorado Alliance for Retired Americans and Britton DeFord ("Proposed Intervenors") respectfully move the Court for leave to file supplemental authority supporting Proposed Intervenors' pending motion to intervene, ECF No. 10. *Cf.* Judge Philip A. Brimmer's Practice Standard III(B)(2) (eff. Dec. 1, 2025) ("No . . . supplemental brief[] shall be filed without leave of court.").

### CERTIFICATE OF COMPLIANCE WITH D.C.COLO.LCivR 7.1(a)

Pursuant to D.C.COLO.LCivR 7.1(a), on May 19, 2026, counsel for Proposed Intervenors emailed counsel for the United States regarding the relief requested in this motion. Counsel for Secretary Griswold previously informed counsel for Proposed Intervenors that the Secretary takes no position on the relief requested in this motion. Counsel for the United States informed counsel for Proposed Intervenors that the United

1

States takes no position on this motion.

## ARGUMENT

Proposed Intervenors previously sought leave to file supplemental authority informing the Court that numerous federal courts had granted motions to intervene in parallel suits after Proposed Intervenors filed their motion to intervene in this case. *See* ECF Nos. 27, 39, 59, 63; *see also* ECF No. 31 (notice of supplemental authority from other parties who also seek intervention).

Proposed Intervenors seek leave to file supplemental authority regarding four additional recent decisions where courts granted intervention in parallel lawsuits, including two where intervention was granted to sister state chapters of the Alliance for Retired Americans. Specifically, the District Court for the Eastern District of Kentucky granted permissive intervention to the Kentucky Alliance for Retired Americans and other parties. *See* Mem. Opinion and Order, *United States v. Adams*, 3:26-cv-00019 (E.D. Ky. Apr. 14, 2026) (attached as Exhibit 1). Similarly, just yesterday, the District Court for the Western District of Washington granted permissive intervention to the Washington Alliance for Retired Americans and other parties—over the opposition of the United States.[1] Order, *United States v. Hobbs*, 3:25-cv-06078 (W.D. Wash. May 18, 2026) (attached as Exhibit 2). Fifteen courts have now granted intervention to state chapters of the Alliance in parallel cases where DOJ seeks to compel the production of a statewide voter registration list.

---

[1] In this case, the United States does not oppose Proposed Intervenors' motion to intervene. *See* ECF No. 10.

In addition, district courts have recently granted intervention to various organizations and individual voters in New Jersey and Virginia based on arguments similar to those that Proposed Intervenors make here in support of their motion to intervene. *See* Order, *United States v. Caldwell*, 3:26-cv-02025 (D.N.J. Apr. 23, 2026) (attached as Exhibit 3); Mem. Order, *United States v. Koski*, 3:26-cv-00042 (E.D. Va. May 6, 2026) (attached as Exhibit 4).

Based on the foregoing, Proposed Intervenors submit that good cause exists for granting the present motion.

Respectfully submitted,                      Dated: May 19, 2026

**David D. Powell, Jr.**                     /s/ Elisabeth C. Frost
**Lys Runnerstrom**                          **Elisabeth C. Frost**
GARNETT POWELL                               **Joshua C. Abbuhl**
  MAXIMON BARLOW &                           **Kevin R. Kowalewski**
  FARBES                                     ELIAS LAW GROUP LLP
1125 17th St., Suite 2200                    250 Massachusetts Ave NW, Suite 400
Denver, CO 80202                             Washington, DC 20001
Telephone: (720) 252-7947                    Telephone: (202) 968-4490
E-mail:                                      E-mail: efrost@elias.law
david.powell@garnettlegalgroup.com           Attorneys for Proposed Intervenors