## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-03967-PAB-TPO

THE UNITED STATES OF AMERICA,

     Plaintiff,

v.

JENA GRISWOLD, in her Official Capacity as Secretary of State for the State of Colorado,

     Defendant.

## NOTICE OF SUPPLEMENTAL AUTHORITY

The Secretary submits this notice of supplemental authority in support of her Motion to Dismiss (Docket No. 40). Today the District of Maine granted Maine Secretary of State Shenna Bellows' Motion to Dismiss a similar complaint filed in that district. *United States v. Bellows*, No. 25-cv-00468-LEW, Order (D. Me. May 21, 2026), *attached as* Exhibit A. And the Western District of Wisconsin also dismissed a similar complaint filed in that district against the Wisconsin Election Commission and its members. *United States v. Wis. Elections Comm'n, et al.*, No. 25-cv-01036-JDP, Order (W.D. Wis. May 21, 2026), *attached as* Exhibit B. Both decisions are relevant to the Secretary's argument that the state-wide voter registration list is not a "record" subject to inspection under the Civil Rights Act at pages 9–11 of her Motion. These districts are now the seventh and eighth courts, respectively, to dismiss similar DOJ lawsuits, referenced on page 7 of the Secretary's Motion.

Dated: April 29, 2026

PHILIP J. WEISER
Attorney General

/s  Lane Towery

**_Peter G. Baumann_**, Senior Assistant Attorney General
**_Lane Towery_**, Assistant Attorney General
1300 Broadway, Denver, CO 80203
Telephone: (720) 508-6000
Email: peter.baumann@coag.gov; lane.towery@coag.gov
Attorneys for Secretary Jena Griswold

2