**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-03967-PAB-TPO

THE UNITED STATES OF AMERICA,

      Plaintiff,

v.

JENA GRISWOLD, in her Official Capacity as Secretary of State for the State of Colorado,

      Defendant.

---

**NOTICE OF SUPPLEMENTAL AUTHORITY**

---

      The Secretary submits this notice of supplemental authority in support of her Motion to Dismiss (Docket No. 40). Last week, the District of Maryland granted the State Administrator of Elections for the State of Maryland's Motion to Dismiss a similar complaint filed in that district. *United States v. DeMarinis*, No. SAG-25-3934, Memorandum Opinion (D. Md. June 18, 2026), *attached as* Exhibit A. The decision is relevant to the Secretary's argument that the state-wide voter registration list is not a "record" subject to inspection under the Civil Rights Act at pages 9–11 of her Motion. The District of Maryland is now the ninth court to dismiss similar DOJ lawsuits, referenced on page 7 of the Secretary's Motion.

Dated: June 22, 2026

PHILIP J. WEISER
Attorney General

/s  Peter G. Baumann

**Peter G. Baumann**, Senior Assistant Attorney General
**Lane Towery**, Assistant Attorney General
1300 Broadway, Denver, CO 80203
Telephone: (720) 508-6000
Email: peter.baumann@coag.gov; lane.towery@coag.gov
Attorneys for Secretary Jena Griswold

2