**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-03967-PAB-TPO

THE UNITED STATES OF AMERICA,

     Plaintiff,

v.

JENA GRISWOLD, in her Official Capacity as Secretary of State for the State of Colorado,

     Defendant.

---

**NOTICE OF SUPPLEMENTAL AUTHORITY**

---

The Secretary submits this notice of supplemental authority in support of her Motion to Dismiss (Docket No. 40). This week, the United States Court of Appeals for the Sixth Circuit affirmed the dismissal of a similar complaint filed in the Western District of Michigan. *United States v. Benson*, No. 26-1225, Opinion (6th Cir. June 24, 2026), *attached as* Exhibit A. The decision is relevant to the Secretary's argument that the state-wide voter registration list is not a "record" subject to inspection under the Civil Rights Act at pages 9–11 of her Motion. The Sixth Circuit is now the tenth court to dismiss or affirm the dismissal of similar DOJ lawsuits, referenced on page 7 of the Secretary's Motion.

Dated: June 25, 2026

PHILIP J. WEISER
Attorney General

/s  Peter G. Baumann

**_Peter G. Baumann_**, Senior Assistant Attorney General
**_Lane Towery_**, Assistant Attorney General
1300 Broadway, Denver, CO 80203
Telephone: (720) 508-6000
Email: peter.baumann@coag.gov; lane.towery@coag.gov
Attorneys for Secretary Jena Griswold

2