**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-03967-PAB-TPO

THE UNITED STATES OF AMERICA,

     Plaintiff,

v.

JENA GRISWOLD, in her Official Capacity as Secretary of State for the State of Colorado,

     Defendant.

---

## NOTICE OF SUPPLEMENTAL AUTHORITY

The Secretary submits this notice of supplemental authority in support of her Motion to Dismiss (Docket No. 40). This week, the Western District of Pennsylvania and the District of New Hampshire dismissed similar complaints filed in those districts. *United States v. Schmidt*, No. 2:25-cv-01481-CB, Memorandum and Order, (W.D. Pa. June 27, 2026), *attached as* Exhibit A; *United States v. Scanlan*, No. 1:25-cv-00371-JL, Memorandum Order, (D.N.H. June 29, 2026), *attached as* Exhibit B. The decisions are relevant to the Secretary's argument that the state-wide voter registration list is not a "record" subject to inspection under the Civil Rights Act at pages 9–11 of her Motion. The two courts are now the 11th and 12th courts to dismiss or affirm the dismissal of similar DOJ lawsuits, referenced on page 7 of the Secretary's Motion.

Dated: June 29, 2026

PHILIP J. WEISER
Attorney General

/s  Peter G. Baumann

**Peter G. Baumann**, Senior Assistant Attorney General
**Lane Towery**, Assistant Attorney General
1300 Broadway, Denver, CO 80203
Telephone: (720) 508-6000
Email: peter.baumann@coag.gov; lane.towery@coag.gov
Attorneys for Secretary Jena Griswold

2