## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-03967-PAB-TPO

THE UNITED STATES OF AMERICA,

     Plaintiff,

v.

JENA GRISWOLD, in her Official Capacity as Secretary of State for the State of Colorado,

     Defendant.

---

### NOTICE OF SUPPLEMENTAL AUTHORITY

The Secretary submits this notice of supplemental authority in support of her Motion to Dismiss (Docket No. 40). This week, a court in the Northern District of New York dismissed a similar complaint filed against the Board of Elections of the State of New York. *United States v. Bd. of Elections of the State of N.Y. et al.*, No. 1:25-cv-1338(MAD/PJE), Memorandum-Decision and Order, (N.D.N.Y, July 10, 2026), *attached as* Exhibit A. The decision is relevant to the Secretary's argument that the state-wide voter registration list is not a "record" subject to inspection under the Civil Rights Act at pages 9–11 of her Motion. The court is now the 13th court to dismiss or affirm the dismissal of similar DOJ lawsuits, referenced on page 7 of the Secretary's Motion.

Dated: July 13, 2026

PHILIP J. WEISER
Attorney General

/s  Peter G. Baumann

**Peter G. Baumann**, Senior Assistant Attorney General
**Lane Towery**, Assistant Attorney General
1300 Broadway, Denver, CO 80203
Telephone: (720) 508-6000
Email: peter.baumann@coag.gov; lane.towery@coag.gov
Attorneys for Secretary Jena Griswold

2