**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-03967-PAB-TPO

THE UNITED STATES OF AMERICA,

      Plaintiff,

v.

JENA GRISWOLD, in her Official Capacity as Secretary of State for the State of Colorado,

      Defendant.

---

**NOTICE OF SUPPLEMENTAL AUTHORITY**

---

The Secretary submits this notice of supplemental authority in support of her Motion to Dismiss (Docket No. 40). Yesterday, a court in the Southern District of West Virginia dismissed a similar complaint filed against the West Virginia Secretary of State, Kris Warner. *United States v. Warner*, No. 2:26-cv-00156, Memorandum Opinion and Order, (S.D.W. Va., July 13, 2026), *attached as* Exhibit A. The decision is relevant to the Secretary's argument that DOJ failed to provide a sufficient basis and purpose for its records demand at pages 11–14 of her Motion. The court is now the 14th court to dismiss or affirm the dismissal of similar DOJ lawsuits, referenced on page 7 of the Secretary's Motion.

Dated: July 14, 2026                    PHILIP J. WEISER
                                        Attorney General

                                        /s  Lane Towery
                                        _____
                                        **Peter G. Baumann**, Senior Assistant Attorney General
                                        **Lane Towery**, Assistant Attorney General
                                        1300 Broadway, Denver, CO 80203
                                        Telephone: (720) 508-6000
                                        Email: peter.baumann@coag.gov; lane.towery@coag.gov
                                        Attorneys for Secretary Jena Griswold

2