## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-03967-PAB-TPO

THE UNITED STATES OF AMERICA,

      Plaintiff,

v.

JENA GRISWOLD, in her Official Capacity as Secretary of State for the State of Colorado,

      Defendant.

---

## NOTICE OF SUPPLEMENTAL AUTHORITY

The Secretary submits this notice of supplemental authority in support of her Motion to Dismiss (Docket No. 40). This week, courts in the District of New Mexico and the Eastern District of Virginia dismissed similar complaints filed against election officials in those states. *United States v. Oliver et al.*, No. 1:25-cv-01193-JCH-JFR, Memorandum Opinion and Order Granting Defendants' Motions to Dismiss, (D.N.M. July 14, 2026), *attached as* Exhibit A; *United States v. Koski*, No. 3:26CV42 (RCY), Memorandum Opinion, (E.D. Va., July 14, 2026), *attached as* Exhibit B. The New Mexico decision is relevant to the Secretary's argument that DOJ failed to provide a sufficient basis and purpose for its records demand at pages 11–14 of her Motion. The Virginia decision is relevant to the Secretary's argument that the state-wide voter registration list is not a "record" subject to inspection under the Civil Rights Act at pages 9–11 of her Motion. The courts are now the 15th and 16th courts to dismiss or affirm the dismissal of similar DOJ lawsuits, referenced on page 7 of the Secretary's Motion.

Dated: July 15, 2026

PHILIP J. WEISER
Attorney General

/s  Peter G. Baumann

**Peter G. Baumann**, Senior Assistant Attorney General
**Lane Towery**, Assistant Attorney General
1300 Broadway, Denver, CO 80203
Telephone: (720) 508-6000
Email: peter.baumann@coag.gov; lane.towery@coag.gov
Attorneys for Secretary Jena Griswold

2