# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-03967-PAB-TPO

THE UNITED STATES OF AMERICA,

     Plaintiff,

v.

JENA GRISWOLD, in her Official Capacity as Secretary of State for the State of Colorado,

     Defendant.

---

## NOTICE OF SUPPLEMENTAL AUTHORITY

The Secretary submits this notice of supplemental authority in support of her Motion to Dismiss (Docket No. 40). Last week, a court in the District of Connecticut dismissed a similar complaint filed against the Secretary of State of Connecticut. *United States v. Thomas*, No. 3:26-cv-00021(KAD), Order, (D. Ct. July 17, 2026), *attached as* Exhibit A. The decision is relevant to the Secretary's argument that the state-wide voter registration list is not a "record" subject to inspection under the Civil Rights Act at pages 9–11 of her Motion. The court is now the 17th court to dismiss or affirm the dismissal of similar DOJ lawsuits, referenced on page 7 of the Secretary's Motion.

Dated: July 21, 2026          PHILIP J. WEISER
                              Attorney General

                              /s  Peter G. Baumann

                              *Peter G. Baumann*, Senior Assistant Attorney General
                              *Lane Towery*, Assistant Attorney General
                              1300 Broadway, Denver, CO 80203
                              Telephone: (720) 508-6000
                              Email: peter.baumann@coag.gov; lane.towery@coag.gov
                              Attorneys for Secretary Jena Griswold

2