**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-03967-PAB-TPO

THE UNITED STATES OF AMERICA,

     Plaintiff,

v.

JENA GRISWOLD, in her Official Capacity as Secretary of State for the State of Colorado,

     Defendant.

---

## NOTICE OF SUPPLEMENTAL AUTHORITY

     The Secretary submits this notice of supplemental authority in support of her Motion to Dismiss (Docket No. 40). This week, a court in the Eastern District of Kentucky dismissed a similar complaint filed against the Secretary of State of Kentucky. *United States v. Adams, et al.*, No. 3:26-cv-00019-CHB-EBA, Memorandum Opinion and Order, (E.D. Ky. July 23, 2026), *attached as* Exhibit A. The decision is relevant to the Secretary's argument that the state-wide voter registration list is not a "record" subject to inspection under the Civil Rights Act at pages 9–11 of her Motion and her argument that DOJ failed to provide a sufficient basis and purpose for its records demand at pages 11–14 of her Motion. The court is now the 18th court to dismiss or affirm the dismissal of similar DOJ lawsuits, referenced on page 7 of the Secretary's Motion.

Dated: July 24 2026

PHILIP J. WEISER
Attorney General

/s  Lane Towery

**Peter G. Baumann**, Senior Assistant Attorney General
**Lane Towery**, Assistant Attorney General
1300 Broadway, Denver, CO 80203
Telephone: (720) 508-6000
Email: peter.baumann@coag.gov; lane.towery@coag.gov
Attorneys for Secretary Jena Griswold