**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

THE UNITED STATES OF AMERICA,

Plaintiff,

v.

JENA GRISWOLD, in her official capacity as Secretary of State for the State of Colorado,

Defendant.

Case No. 1:25-cv-03967-PAB-TPO

## NOTICE OF APPEAL

Plaintiff United States of America, by and through the Attorney General, appeals to the United States Court of Appeals for the Tenth Circuit from this Court's Order denying the United States' Motion for Order to Compel Records Demanded Pursuant to the Civil Rights Act of 1960 and granting the Motions to Dismiss by Defendant Griswold, Intervenor-Defendants Common Cause et al., and Intervenor-Defendants Colorado Alliance for Retired Americans et al. (ECF 102) and judgment (ECF 103) entered in this action on August 3, 2026, and August 4, 2026, respectively.

Dated: August 17, 2026

Respectfully submitted:

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

ERIC A. SELL
Deputy Assistant Attorney General
Civil Rights Division

ERIC V. NEFF
Acting Chief, Voting Section

ANDREW G. BRANIFF
Acting Chief, Appellate Section

*/s/ James Thomas Tucker*
JAMES THOMAS TUCKER
JONATHON P. HAUENSCHILD
JOHN CASALI
Attorneys, Voting Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE, Seventh Floor
Washington, D.C. 20530
Telephone: (202) 307-2767
Email: james.t.tucker@usdoj.gov

Attorneys for the United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2026, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

Respectfully submitted,

*/s/ James Thomas Tucker*
James Thomas Tucker